**NOT FOR PUBLICATION**

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KALEB L. BASEY, | No. 22-16900 |
| Plaintiff-Appellant, | D.C. No. 3:21-cv-08688-JCS |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Joseph C. Spero, Magistrate Judge, Presiding[**]

Submitted August 15, 2023[***]

Before:     TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Federal prisoner Kaleb L. Basey appeals pro se from the district court's

judgment dismissing for improper venue his post-conviction motion for the return

of property under Federal Rule of Criminal Procedure 41(g).  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  We may affirm on any ground supported by the record. *Ochoa v. Pub. Consulting Grp., Inc.*, 48 F.4th 1102, 1106 (9th Cir. 2022), *cert. denied*, 143 S. Ct. 783 (2023).  We affirm.

Dismissal of Basey's action was proper because it was barred by claim preclusion.  *See Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir. 2002) ("Res judicata, or claim preclusion, prohibits lawsuits on any claims that were raised or could have been raised in a prior action." (citation, internal quotation marks, and emphasis omitted)).  The District of Alaska granted Basey's prior Rule 41(g) motion, which was affirmed by this court in Appeal No. 21-30196.  Because Basey's prior and current Rule 41(g) motions present an identity of claims, the prior judgment is final, and the parties are in privity, claim preclusion bars this action.  *See United States v. Liquidators of Eur. Fed. Credit Bank*, 630 F.3d 1139, 1150-51 (9th Cir. 2011) (stating requirements for claim preclusion to apply).

**AFFIRMED.**